**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BRUCE BOOKBINDER** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. NO.: 07-283-T** |
| | : | |
| **FOUNTAIN POWERBOATS, INC.** | : | |
| **Defendant** | : | |

**ASSENTED TO MOTION TO EXTEND**

Now comes the defendant, Fountain Powerboats, Inc., and hereby respectfully requests from this Court an extension of time to answer or otherwise respond to plaintiff Bruce Bookbinder's complaint. This motion has been assented to by Attorney William E. O'Gara on behalf of the plaintiff. The parties have agreed that, subject to this Court's approval, the defendant shall have up to and including September 10, 2007 to file an answer or other response.

Respectfully submitted,

Defendant Fountain Powerboats, Inc.
By their attorneys

HIGGINS, CAVANAGH & COONEY LLP

/s/ James A. Ruggieri

James A. Ruggieri, Esq. #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:
Dean B. Eggert, Esq.
Alison M. Bethel, Esq.
WADLEIGH, STARR & PETERS, PLLC
95 Market Street
Manchester, NH 03101

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a copy of the within document via electronic mail through Electronic Case Filing on the 17th day of August, 2007 to the following counsel of record:

William E. O'Gara, Esq.
PANNONE LOPES & DEVEREAUX LLC
317 Iron Horse Way
Suite 301
Providence, RI 02903