**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BRUCE BOOKBINDER** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-283T** |
| | : | |
| **FOUNTAIN POWERBOATS, INC.** | : | |
| **Defendant** | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, Fountain Powerboats, Inc., hereby moves that Alison M. Bethel be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Fountain Powerboats, Inc.
(Defendant)
By: James A. Ruggieri, Esq.
Bar ID No. 2828
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)

Dated: August 20, 2007

**ATTORNEYS CERTIFICATION FOR PRO HACE VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New Hampshire and of the following Federal Court bars: United States District Court for the District of New Hampshire and the United States First Circuit Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District in the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon this Court's motion or motion of other parties in the case.

/s/ Alison M. Bethel
Signature of *Pro Hac Vice* Applicant

Alison M. Bethel – 15264
Print Name NH Bar ID#

Wadleigh, Starr & Peters, P.L.L.C.
95 Market Street
Manchester, NH 03101
Tel: 603-669-4140
Fax: 603-669-6018

I hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ James A. Ruggieri
Signature of Local Counsel

James A. Ruggieri – 2828
Print Name RI Bar ID#

Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

---

**ORDER**

This motion is hereby ____________________________________________________

__________________________
District Judge

Date: