UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRUCE BOOKBINDER<br>Plaintiff<br><br>v.<br><br>FOUNTAIN POWERBOATS, INC.<br>Defendant | C.A. No.: 07-283T |

**FOUNTAIN POWERBOATS, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Nongovernmental Corporation

- The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:
    - Fountain Powerboat Industries, Inc., a Nevada Corporation, is the filing party's parent/holding corporation. Fountain Powerboat Industries, Inc. is a publicly held corporation that owns 10% or more of the filing party's stock. Fountain Powerboat Industries, Inc. trades on the American Stock and Options Exchange (AMEX), under the name "FPB."
- There are no outstanding merger agreements.

Date: September 10, 2007

Respectfully submitted,

Fountain Powerboats, Inc.
By and through its attorneys,

/s/ James A. Ruggieri
James A. Ruggieri, Esq. (#2828)
Samuel C. Bodurtha, Esq. (#7075)
Higgins, Cavanagh & Cooney, LLP
The Hay Building, 123 Dyer Street
Providence, RI 02903
Tel: 401/272-3500
Fax: 401/273-8780

Pro Hac Vice Counsel:
Dean B. Eggert, Esq., NH Bar #742
Alison M. Bethel, Esq., NH Bar #15264
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101
Tel: 603/669-4140
Fax: 603/669-6018

## CERTIFICATE OF SERVICE

I do hereby certify that I caused a copy of the foregoing to be served on the following person on this date and in the matter specified herein through the Electronic Case Filing System of the United States District Court:

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way
Suite 301
Providence, RI 02903

Date: September 10, 2007

By: /s/ James A. Ruggieri