UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRUCE BOOKBINDER<br>Plaintiff | : | |
| v. | : | C.A. No.: 07-283T |
| FOUNTAIN POWERBOATS, INC.<br>Defendant | : | |

**PLAINTIFF'S RULE LR Cv 16(C) STATEMENT OF CLAIMS**

This case arises out of the sale of a boat by the defendant to the plaintiff.

Fountain Powerboats holds itself out as a high-end manufacturer of extremely fast boats, and is expert at designing and modifying boats to its customer's unique specifications. Fountain marketed a 38' Sportfish Center Console Open Bow model as being able to reach speeds in excess of 75 mph, and has advertised that the design has set speed records. Bookbinder ordered a 38' Sportfish Center Console Open Bow powerboat ("boat") with a fourth engine and other customization based on Fountain's purported ability to manufacture and deliver the vessel and that it would be both seaworthy and capable of reaching 75 mph. He took delivery of the Boat, on or about September 22, 2006 at Fountain's North Carolina factory, and paid in full the sum of $301,618.00 for the boat – over $50,000 of which represented additional costs associated with the four-engine high-speed customization.

When Bookbinder took delivery of the Boat, it had multiple defects the most significant being its inability to operate safely at high speeds. Bookbinder notified Fountain of the defects and damages to the Boat, and afforded Fountain opportunity to cure the same. Bookbinder has completed repairs to rectify many of the defects.

The claims asserted are breach of contract, negligence, breaches of express and implied warranty, and breach of obligation of good faith and fair dealing.

BRUCE BOOKBINDER
By his Attorney,
Pannone Lopes & Devereaux LLC

/s/ William E. O'Gara
William E. O'Gara, Esquire (#4257)
317 Iron Horse Way, Suite 301
Providence, Rhode Island 02908
(401) 824-5117 (telephone)
(401) 824-5123 (facsimile)

CERTIFICATION

I hereby certify that this document was filed via ECF with the Court on the 2nd day of November, 2007 and that notice has been electronically mailed to:

Alison M. Bethel abethel@wadleighlaw.com

Dean B. Eggert deggert@wadleighlaw.com

James A. Ruggieri jruggieri@hcc-law.com, sbodurtha@hcc-law.com, sodonoghue@hcc-law.com, spitcavage@hcc-law.com

/s/ William E. O'Gara

Doc #7382