**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| BRUCE BOOKBINDER<br>Plaintiff | |
| v. | C.A. No.: 07-283T |
| FOUNTAIN POWERBOATS, INC.<br>Defendant | |

**ENTRY OF APPEARANCE**

I, Samuel C. Bodurtha, hereby enter my appearance as counsel on behalf of defendant Fountain Powerboats, Inc. in the above captioned matter.

Respectfully submitted,
Fountain Powerboats, Inc.
By and through its attorneys,

/s/ Samuel C. Bodurtha, Esq.

Samuel C. Bodurtha, Esq. (#7075)
Higgins, Cavanagh & Cooney, LLP
The Hay Building, 123 Dyer Street
Providence, RI 02903
Tel: 401/272-3500
Fax: 401/273-8780

## CERTIFICATE OF SERVICE

I do hereby certify that I caused a copy of the foregoing to be served on the following person on this date and in the matter specified herein through the Electronic Case Filing System of the United States District Court:

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way
Suite 301
Providence, RI 02903

Dean B. Eggert, Esq.
Alison M. Minutelli, Esq.
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101

Date: January 3, 2008 By: /s/ Samuel C. Bodurtha, Esq.