**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| BRUCE BOOKBINDER<br>Plaintiff<br><br>v.<br><br>FOUNTAIN POWERBOATS, INC.<br>Defendant | C.A. No.: 07-283T |

**DISMISSAL STIPULATION**

The above-captioned matter is hereby dismissed with prejudice, no interest and no costs.

Plaintiff,
Bruce Bookbinder,
By His Attorney,

/s/ William E. O'Gara, Esq.
William E. O'Gara, Esq. (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way
Suite 301
Providence, RI 02903

Defendants,
Fountain Powerboats, Inc.
By and through its attorneys,

/s/ Samuel C. Bodurtha, Esq.
Samuel C. Bodurtha, Esq. (#7075)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Defendants' Pro Hac Vice Counsel

/s/ Dean B. Eggert, Esq.
Dean B. Eggert, Esq. (NH Bar# 742)
Alison M. Minutelli, Esq. (NH Bar# 15264)
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101

Dated: April 1, 2008